# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re *CAMERON MANAGEMENT, INC., a Corporation*

Case No. *1-09-02684-MDF*
Chapter 7

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $ 0.00 | | |
| B-Personal Property | *Yes* | *3* | $ 536,390.18 | | |
| C-Property Claimed as Exempt | *No* | *0* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $ 0.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *2* | | $ 416,342.89 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *7* | | $ 11,127,598.02 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *2* | | | |
| H-Codebtors | *Yes* | *2* | | | |
| I-Current Income of Individual Debtor(s) | *No* | *0* | | | $ 0.00 |
| J-Current Expenditures of Individual Debtor(s) | *No* | *0* | | | $ 0.00 |
| TOTAL | | *18* | $ 536,390.18 | $ 11,543,940.91 | |

In re _CAMERON MANAGEMENT, INC._ _____,  Case No. _1-09-02684-MDF_
                 Debtor(s)                                                  (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | None |
| | | | | |

| | | | | |
|---|---|---|---|---|
| No continuation sheets attached | **TOTAL $** (Report also on Summary of Schedules.) | | _0.00_ | |

In re _CAMERON MANAGEMENT, INC._ ,
Debtor(s)

Case No. _1-09-02684-MDF_
(if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | _CHECKING ACCOUNT_ _Location: COMMERCE BANK_ | | $ 26.79 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | _SECURITY DEPOSIT_ _Location: VERIZON_ | | $ 203.50 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

Page _1_ of _3_

In re _CAMERON MANAGEMENT, INC._ ,    Case No. _1-09-02684-MDF_
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | _ACCOUNTS RECEIVABLE_ _Location: CAMERON REAL ESTATE_ | | $ 533,159.89 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | _POSSIBLE CLAIM FOR NON FUNDING OF LOANS_ | | _Unknown_ |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | _OFFICE EQUIPMENT_ _Location: In debtor's possession_ | | $ 1,000.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | _TOOLS AND MINOR EQUIPMENT_ _Location: In debtor's possession_ | | $ 2,000.00 |

Page __2__ of __3__

In re  *CAMERON MANAGEMENT, INC.*_____ ,     Case No. *1-09-02684-MDF*_____

_____Debtor(s)                                                            (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ➔ | $ 536,390.18 |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

Page __3__ of __3__

In re _CAMERON MANAGEMENT, INC._ ,       Case No. _1-09-02684-MDF_

             **Debtor(s)**                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | | | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|---|
| | | H--Husband<br>W--Wife<br>J--Joint<br>C--Community | | | | | | | |
| Account No: | | | | | | | | | |
| | | | | | | | | | |
| | | Value: | | | | | | | |
| Account No: | | | | | | | | | |
| | | | | | | | | | |
| | | Value: | | | | | | | |
| Account No: | | | | | | | | | |
| | | | | | | | | | |
| | | Value: | | | | | | | |
| No continuation sheets attached | | | | | Subtotal $<br>(Total of this page) | | | $ 0.00 | $ 0.00 |
| | | | | | Total $<br>(Use only on last page) | | | $ 0.00 | $ 0.00 |
| | | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

In re CAMERON MANAGEMENT, INC. , Case No. 1-09-02684-MDF
_____
Debtor(s) (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_  continuation sheets attached

In re CAMERON MANAGEMENT, INC. ,        Case No. 1-09-02684-MDF
            Debtor(s)                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | | $ 19,603.67 | $ 19,603.67 | $ 0.00 |
| *Creditor # : 1* CAPITAL TAX COLLECTION BUREAU 2301 N 3RD ST PO BOX 60547 HARRISBURG PA 17106-0547 | | *UNPAID TAXES* | | | | | | | | |
| Account No: | | | | | | | | $ 16,369.05 | $ 16,369.05 | $ 0.00 |
| *Creditor # : 2* DEPARTMENT OF LABOR & INDUSTRY BUREAU OF UC BENEFITS PO BOX 67503 HARRISBURG PA 17106-7503 | | *UNPAID UNEMPLOYMENT TAXES* | | | | | | | | |
| Account No: | | | | | | | | $ 43,261.84 | $ 43,261.84 | $ 0.00 |
| *Creditor # : 3* DEPARTMENT OF REVENUE BANKRUPTCY DIVISION DEPARTMENT 280946 HARRISBURG PA 17128-0496 | | *UNPAID TAXES* | | | | | | | | |
| Account No: | | | | | | | | $337,108.33 | $337,108.33 | $ 0.00 |
| *Creditor # : 4* US TREASURY DEPARTMENT INSOLVENCY UNIT P.O. BOX 21126 PHILADELPHIA PA 19114 | | *UNPAID TAXES* | | | | | | | | |
| Account No: | | | | | | | | | | |
| | | | | | | | | | | |
| Account No: | | | | | | | | | | |
| | | | | | | | | | | |

Sheet No. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | 416,342.89 | 416,342.89 | 0.00 |
| Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 416,342.89 | | |
| Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | 416,342.89 | 0.00 |

B6F (Official Form 6F) (12/07)

In re CAMERON MANAGEMENT, INC. ,                    Case No. 1-09-02684-MDF

**Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | | | | | $ 6,454.98 |
| Creditor # : 1<br>AICCO, INC.<br>BOX 9045<br>NEW YORK NY 10087 | | TRADE DEBT | | | | |
| Account No: | | | | | X | $ 0.00 |
| Creditor # : 2<br>BRIAN HANSELL<br>367 SWEETARROW LAKE RD<br>PINE GROVE    PA 17963 | | TRADE DEBT | | | | |
| Account No: | | | | | X | $ 120,250.89 |
| Creditor # : 3<br>CARPENTERS COMBINED FUNDS, INC<br>P.O. BOX 840879<br>PITTSBURGH PA 15264 | | TRADE DEBT | | | | |
| Account No: | | | | | | $ 0.00 |
| Creditor # : 4<br>DRIVEKORE, INC.<br>P.O. BOX 2004<br>MECHANICSBURG PA 17055 | | TRADE DEBT | | | | |

_5_ continuation sheets attached

Subtotal $  | $ 126,705.87

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)

In re  CAMERON MANAGEMENT, INC.                                     ,     Case No. 1-09-02684-MDF
              Debtor(s)                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 1 AICCO, INC. BOX 9045 NEW YORK NY 10087 | | TRADE DEBT | | | | $ 6,454.98 |
| Account No: Creditor # : 2 BRIAN HANSELL 367 SWEETARROW LAKE RD PINE GROVE    PA 17963 | | TRADE DEBT | | | X | $ 0.00 |
| Account No: Creditor # : 3 CARPENTERS COMBINED FUNDS, INC P.O. BOX 840879 PITTSBURGH PA 15264 | | TRADE DEBT | | | X | $ 120,250.89 |
| Account No: Creditor # : 4 CITY OF HARRISBURG 10 NORTH SECOND STREET SUITE 405 HARRISBURG PA 17101 | X | 7/2004 POSSIBLE GUARANTEED LOAN | X | X | | $ 240,000.00 |

6 continuation sheets attached

Subtotal $   $ 366,705.87

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _CAMERON MANAGEMENT, INC._____,          Case No. _1-09-02684-MDF_
                                **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 5 <br> CITY OF HARRISBURG <br> 10 NORTH SECOND STREET <br> SUITE 405 <br> HARRISBURG PA 17101 | X | | 7/20/06 <br> *POSSIBLE GUARANTEED LOAN* | X | | | $ 1,354,332.20 |
| Account No: <br> Creditor # : 6 <br> COMMERCE BANK/HARRISBURG, N.A. <br> 3801 PAXTON STREET <br> HARRISBURG PA 17111 | X | | *POSSIBLE GUARANTEED LOAN* | X | | | $ 7,111,415.32 |
| Account No: <br> Creditor # : 7 <br> DAUPHIN CO OFFICE OF COMM & EC <br> P.O. BOX 1295 <br> HARRISBURG PA 17108 | X | | 7/20/09 <br> *POSSIBLE GUARANTEED LOAN* | X | | | $ 2,121,983.46 |
| Account No: <br> Creditor # : 8 <br> DRIVEKORE, INC. <br> P.O. BOX 2004 <br> MECHANICSBURG PA 17055 | | | *TRADE DEBT* | | | | $ 0.00 |
| Account No: <br> Creditor # : 9 <br> EASTERN PA. LABORERS <br> 540 GRANGE ROAD <br> TREXLERTOWN PA 18087 | | | *TRADE DEBT* | | | X | $ 70.13 |
| Account No: <br> Creditor # : 10 <br> ERIE INSURANCE GROUP <br> 100 ERIE INSURANCE PLACE <br> ERIE PA 16530 | | | *TRADE DEBT* | | | | $ 25,228.00 |

Sheet No. _1_ of _6_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 10,613,029.11

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re CAMERON MANAGEMENT, INC. _____ ,    Case No. 1-09-02684-MDF
          **Debtor(s)**                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 1,938.83 |
| Creditor # : 11 GATES, HALBRUNER & HATCH 1013 HUMMA ROAD SUITE 100 LEMOYNE PA 17043 | | | TRADE DEBT | | | | |
| Account No: | X | | | | | X | $ 0.00 |
| Creditor # : 12 H & R MECHANICAL, INC. 115 EAST MAIN STREET P.O. BOX 430 MIDDLETOWN PA 17057 | | | TRADE DEBT | | | | |
| Account No: | | | | | | | $ 1.00 |
| Creditor # : 13 HARSCO 350 POPLAR CHURCH ROAD CAMP HILL PA 17011 | | | TRADE DEBT | | | | |
| Account No: | X | | | | | X | $ 0.00 |
| Creditor # : 14 HERRE BROS., INC. 4417 VALLEY ROAD ENOLA PA 17025 | | | TRADE DEBT | | | | |
| Account No: | | | | | | | $ 72.00 |
| Creditor # : 15 HOLY SPIRIT HOSPITAL 503 N. 21ST STREET CAMP HILL PA 17011 | | | TRADE DEBT | | | | |
| Account No: | | | | | | X | $ 79.02 |
| Creditor # : 16 IPAL 404 FUND IRON WORKERS LOCAL NO 404 HARRISBURG PA 17109 | | | TRADE DEBT | | | | |

Sheet No. 2 of 6 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 2,090.85

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re CAMERON MANAGEMENT, INC. ,
_____
Debtor(s)

Case No. 1-09-02684-MDF
_____
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 17 IRON WORKERS DISTRICT COUNCIL 6401 CATOR AVE PHILADELPHIA PA 19149 | | TRADE DEBT | | | X | $ 24.38 |
| Account No: Creditor # : 18 IRON WORKERS LOCAL 404 981 N. PEIFFERS LANE HARRISBURG PA 17109 | | ANNUITY FUND | | | X | $ 7,799.15 |
| Account No: Creditor # : 19 IRON WORKERS LOCAL UNION 981 N. PEIFFERS LANE HARRISBURG PA 17109 | | TRADE DEBT | | | X | $ 4,078.88 |
| Account No: Creditor # : 20 IUPAT DISTRICT COUNCIL 21 2980 SOUTHAMPTON RD PHILADELPHIA PA 19154 | | TRADE DEBT | | | X | $ 18,119.62 |
| Account No: Creditor # : 21 JOINT APPRENTICE & TRAINING CO 981 N. PEIFFERS LANE HARRISBURG PA 17109 | | TRADE DEBT | | | X | $ 888.98 |
| Account No: Creditor # : 22 JOSEPH STONG 742 W. FRONT STREET CHESTER PA 19013 | X | TRADE DEBT | | | X | $ 0.00 |

Sheet No. 3 of 6 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 30,911.01

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re  *CAMERON MANAGEMENT, INC.*                                    ,     Case No. *1-09-02684-MDF*
**Debtor(s)**                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 23 LABORERS LOCAL NO 1180 BEN FUN P.O. BOX 6480 HARRISBURG PA 17112 | | | TRADE DEBT | | | X | $ 10,634.03 |
| Account No: Creditor # : 24 LINDENMEYR MUNROE 3300 HORIZON DRIVE KING OF PRUSSIA PA 19406 | | | TRADE DEBT | | | X | $ 0.00 |
| Account No: Creditor # : 25 OHIO CASUALTY 6281 TRI-RIDGE BLVD LOVELAND OH 45140 | | | TRADE DEBT | | | X | $ 1,687.75 |
| Account No: Creditor # : 26 PATENT CONSTRUCTION SYSTEMS HARSCO CORPORATION 4465 CAMPBELLS RUN RD PITTSBURGH PA | | | TRADE DEBT | | | X | $ 74,047.08 |
| Account No: Representing: PATENT CONSTRUCTION SYSTEMS | | | BERNSTEIN LAW FIRM, P.C. JACK P. BOCK, III, ESQUIRE SUITE 2200 GULF TOWER PITTSBURGH PA 15219 | | | | |
| Account No: Creditor # : 27 PENNSY SUPPLY P.O. BOX 3331 HARRISBURG PA 17105-3331 | X | | TRADE DEBT | | | X | $ 0.00 |

Sheet No. __4__ of __6__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 86,368.86

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re CAMERON MANAGEMENT, INC. , Case No. 1-09-02684-MDF

**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 28 PENNSYLVANIA CENTRAL FCU 959 E. PARK DR HARRISBURG PA 17111 | | TRADE DEBT | | | | $ 5,030.00 |
| Account No: Creditor # : 29 PPL ELECTRIC 2 N. 9TH STREET ALLENTOWN PA 18101 | | UTILITIES | | | | $ 509.08 |
| Account No: Creditor # : 30 SWIF 100 LACKAWANNA AVE P.O. BOX 5100 SCRANTON PA 18505 | | TRADE DEBT | | | | $ 5,897.20 |
| Account No: Creditor # : 31 TALLEY PETROLEUM ENTERPRISES 10046 ALLENTOWN BLVD GRANTVILLE PA 17028 | X | TRADE DEBT | | | X | $ 0.00 |
| Account No: Creditor # : 32 TIGER WASTE DISPOSABLE SERVICE 110 WEST CRONE RD YORK PA 17406 | | TRADE DEBT | | | | $ 6,461.00 |
| Account No: Creditor # : 33 TRI-BORO CONSTRUCTION SUPPLIES 435 LOCUST STREET P.O. BOX 8 DALLASTOWN PA 17313 | | TRADE DEBT | | | | $ 0.00 |

Sheet No. 5 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 17,897.28

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _CAMERON MANAGEMENT, INC._ , Case No. _1-09-02684-MDF_
　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Representing:* TRI-BORO CONSTRUCTION SUPPLIES | | | JOHN D. MILLER, JR. ESQUIRE 137 EAST PHILADELPHIA STREET YORK PA 17401 | | | | |
| Account No: *Creditor # : 34* UIEA OF CENTRAL PA P.O. BOX 4745 HARRISBURG PA 17111 | | | TRADE DEBT | | | | $ 79.02 |
| Account No: *Creditor # : 35* VERIZON PO BOX 28000 LEHIGH VALLEY PA 18002-8000 | | | UTILITIES | | | | $ 516.02 |
| Account No: *Creditor # : 36* WHITE ACRES EQUITIES, LLC ONE DAG HAMMARSKJOLD NEW YORK NY 10017 | | | TRADE DEBT | | | X | $ 10,000.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _6_ of _6_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 10,595.04

Total $ | $ 11,127,598.02

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6G (Official Form 6G) (12/07)

In re _CAMERON MANAGEMENT, INC._ _____ / Debtor    Case No. _1-09-02684-MDF_
                                                                          (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| CAMERON REAL ESTATE, LP<br>3000 CANBY STREET<br>HARRISBURG PA  17103 | Contract Type: _COOPERATION AGREEMENT_<br>Terms:<br>Beginning date:<br>Debtor's Interest: _Lessee_<br>Description:<br><br>Buyout Option: |
| CARPENTER'S UNION<br>495 MANSFIELD AVE<br>SUITE 500<br>PITTSBURGH PA  15205 | Contract Type: _LABOR AGREEMENT_<br>Terms:<br>Beginning date:<br>Debtor's Interest: _Lessee_<br>Description:<br><br>Buyout Option: |
| HARSCO<br>350 POPLAR CHURCH ROAD<br>CAMP HILL PA  17011 | Contract Type: _CONSTRUCTION CONTRACT_<br>Terms:<br>Beginning date:<br>Debtor's Interest: _Lessee_<br>Description:<br><br>Buyout Option: |
| IRON WORKER'S UNION<br>981 N. PEIFFER LANE<br>HARRISBURG PA  17109 | Contract Type: _LABOR AGREEMENT_<br>Terms:<br>Beginning date:<br>Debtor's Interest: _Lessee_<br>Description:<br><br>Buyout Option: |
| LABORER'S UNION<br>540 GRANGE ROAD<br>TREXLERTOWN PA  18087 | Contract Type: _LABOR AGREEMENT_<br>Terms:<br>Beginning date:<br>Debtor's Interest: _Lessee_<br>Description:<br><br>Buyout Option: |

B6G (Official Form 6G) (12/07)

In re *CAMERON MANAGEMENT, INC.* _____ / Debtor    Case No. *1-09-02684-MDF*
                                                                              (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *WHITE ACRES EQUITIES*<br>*ONE DAG HAMMARSKJOLD*<br>*NEW YORK NY  10017* | Contract Type: *DUE DILIGENCE AGREEMENT*<br>Terms:<br>Beginning date:<br>Debtor's Interest: *Lessee*<br>Description:<br><br>Buyout Option: |

In re _CAMERON MANAGEMENT, INC._ _____ / Debtor    Case No. _1-09-02684-MDF_
                                                                          (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case. If the debtor resides or resided in a community property state, commonwealth, or territory, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| ADVANCED COMMUNICATIONS AGENCY<br>3000 CANBY STREET<br>HARRISBURG PA  17103 | COMMERCE BANK/HARRISBURG, N.A.<br>3801 PAXTON STREET<br>HARRISBURG PA  17111 |
| CAMERON REAL ESTATE, LP | CITY OF HARRISBURG<br>10 NORTH SECOND STREET<br>SUITE 405<br>HARRISBURG PA  17101 |
|  | COMMERCE BANK/HARRISBURG, N.A.<br>3801 PAXTON STREET<br>HARRISBURG PA  17111 |
|  | DAUPHIN CO OFFICE OF COMM & EC<br>P.O. BOX 1295<br>HARRISBURG PA  17108 |
|  | H & R MECHANICAL, INC.<br>115 EAST MAIN STREET<br>P.O. BOX 430<br>MIDDLETOWN PA  17057 |
|  | HERRE BROS., INC.<br>4417 VALLEY ROAD<br>ENOLA PA  17025 |
|  | JOSEPH STONG<br>742 W. FRONT STREET<br>CHESTER PA  19013 |
|  | PENNSY SUPPLY<br>P.O. BOX 3331<br>HARRISBURG PA  17105-3331 |
|  | TALLEY PETROLEUM ENTERPRISES<br>10046 ALLENTOWN BLVD<br>GRANTVILLE PA  17028 |

B6H (Official Form 6H) (12/07)

In re _CAMERON MANAGEMENT, INC._ _____ / Debtor    Case No. _1-09-02684-MDF_
                                                                              (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| DAVID R. DODD, II<br>3000 CANBY STREET<br>HARRISBURG PA  17103 | CITY OF HARRISBURG<br>10 NORTH SECOND STREET<br>SUITE 405<br>HARRISBURG PA  17101<br><br>COMMERCE BANK/HARRISBURG, N.A.<br>3801 PAXTON STREET<br>HARRISBURG PA  17111<br><br>DAUPHIN CO OFFICE OF COMM & EC<br>P.O. BOX 1295<br>HARRISBURG PA  17108 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re CAMERON MANAGEMENT, INC., a Corporation      Case No. 1-09-02684-MDF
                    Debtor                                     (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, DAVID R. DODD _____, President _____ of the Corporation _____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _19_ sheets,
and that they are true and correct to the best of my knowledge, information, and belief.

Date: 5/20/09 _____      Signature _____
                                      Name: DAVID R. DODD
                                      Title: President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re: *CAMERON MANAGEMENT, INC.,*
    *a Corporation*

Case No. *1-09-02684-MDF*

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| *2009: $0.00* | *GROSS BUSINESS INCOME* |
| *2008: $994,724.35* | *GROSS BUSINESS INCOME* |
| *2007: $1,565,264.50* | *GROSS BUSINESS INCOME* |

---

### 2. Income other than from employment or operation of business

None ☒ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 3. Payments to creditors

None ☒ Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒ b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐ c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| *DAVID R. DODD, II OFFICER* | *5/7/08 – PRESENT* | *$11,770.34* | |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *DRIVEKORE, INC. V. CAMERON MANAGEMENT, INC. CASE NO: 2008-6164* | *CIVIL ACTION* | *COURT OF COMMON PLEAS, CUMBERLAND COUNTY, PA* | *PENDING* |
| *H & R MECHANICAL, INC. V. CAMERON REAL ESTATE, L.P., CAMERON MANAGEMENT, INC., DAVID R. DODD, II, AND ADVANCED COMMUNICATIONS AGENCY, INC. CASE NO: 2008-CV-7853-CV* | *CIVIL ACTION* | *COURT OF COMMON PLEAS, DAUPHIN COUNTY, PA* | *PENDING* |
| *HERRE BROS., INC. V. CAMERON REAL ESTATE, L.P., CAMERON MANAGEMENT,* | *CIVIL ACTION* | *COURT OF COMMON PLEAS, DAUPHIN COUNTY, PA* | *PENDING* |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *INC., DAVID R. DODD, II, AND ADVANCED COMMUNICATIONS AGENCY, INC. CASE NO: 2008-CV-11719-CV* | | | |
| *HERRE BROS., INC. V. CAMERON REAL ESTATE, LP, CAMERON MANAGEMENT, INC., DAVID R. DODD, II AND ADVANCED COMMUNICATIONS AGENCY, INC. CASE NO: 2008-CV-11720-CV* | *CIVIL ACTION* | *COURT OF COMMON PLEAS, DAUPHIN COUNTY, PA* | *PENDING* |
| *JOSEPH STONG, INC. d/b/a STONG FIRE PROTECTION V. CAMERON REAL ESTATE, LP, CAMERON MANAGEMENT, INC., DAVID R. DODD, II AND ADVANCED COMMUNICATIONS AGENCY, INC. CASE NO: 2008-CV-11464-CV* | *CIVIL ACTION* | *COURT OF COMMON PLEAS, DAUPHIN COUNTY, PA* | *PENDING* |
| *LINDENMEYR MUNROE V. CAMERON MANAGEMENT, INC. CASE NO: 2008-6754* | *CIVIL ACTION* | *COURT OF COMMON PLEAS, CUMBERLAND COUNTY, PA* | *PENDING* |
| *PENNSY SUPPLY, INC. V. CAMERON REAL ESTATE, LP, CAMERON MANAGEMENT, INC. AND DAVID DODD CASE NO: 2008-CV-12922-CV* | *CIVIL ACTION* | *COURT OF COMMON PLEAS, DAUPHIN COUNTY, PA* | *PENDING* |
| *TALLEY PETROLEUM ENTERPRISES, INC. V. CAMERON MANAGEMENT, INC. AND CAMERON REAL ESTATE, LP CASE NO:* | *CIVIL ACTION* | *COURT OF COMMON PLEAS, DAUPHIN COUNTY, PA* | *PENDING* |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *2008-CV-14051-CV* | | | |
| *TIGER WASTE DISPOSAL SERVICES, INC. V. CAMERON MANAGEMENT, INC. CASE NO: CV-0072-09* | *CIVIL ACTION* | *DISTRICT JUSTICE COURT NO: 19-2-04 YORK COUNTY, PA* | *PENDING* |
| *TRI-BORO CONSTRUCTION SUPPLIES V. CAMERON MANAGEMENT, INC. CASE NO: 2008-6754* | *CIVIL ACTION* | *COURT OF COMMON PLEAS, CUMBERLAND COUNTY, PA* | *PENDING* |
| *CARPENTERS COMBINED FUNDS, INC. V. CAMERON MANAGEMENT, INC. d/b/a CAMERON REAL ESTATE, L.P., ADVANCED COMMUNICATIONS AGENCY, INC. AND DAVID DODD CASE NO: 09-0389* | *CIVIL ACTION* | *UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF PENNSYLVANIA* | *PENDING* |

None ☒    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☒    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Cunningham & Chernicoff, P.C.* *Address:* *2320 NORTH SECOND STREET* *HARRISBURG, PA 17110* | *Date of Payment: Various* *Payor: Debtor* | *Debtor Has Agreed to Pay $5,000.00 and Has Paid $201.00 as a Retainer to Cunningham & Chernicoff, P.C. Any Retainer Will Be Credited Against Billings Rendered for All Services in Connection to the Within Case and Related Matters. All Services Will Be Billed at Cunningham & Chernicoff, P.C.'s Hourly Rate Then in Effect at the Time of Billing. Upon the Retainer Being Utilized in Full, Any Services Not Paid by the Retainer Will Be Billed to the Debtor at Such Hourly Rates. Any Additional Billings Will Be Submitted to the Court on Supplemental Statements as Necessary.* |

---

### 10. Other transfers

None ☒    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒    b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

Statement of Affairs - Page 5

### 11. Closed financial accounts

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 12. Safe deposit boxes

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 13. Setoffs

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 14. Property held for another person

None
☒

List all property owned by another person that the debtor holds or controls.

### 15. Prior address of debtor

None
☒

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

### 16. Spouses and Former Spouses

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

### 17. Environmental Information

None
☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

Statement of Affairs - Page 6

| None ⊠ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |
|---|---|

| None ⊠ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |
|---|---|

### 18. Nature, location and name of business

| None ☐ | a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case. |
|---|---|

       If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

       If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *CAMERON REAL ESTATE, LP* | *TaxPayer ID: 20-1313448* | *3000 CANBY STREET HARRISBURG, PA* | *REAL ESTATE* | *2005 – PRESENT* |

| None ⊠ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |
|---|---|

       The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

       (An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

### 19. Books, records and financial statements

| None ☐ | a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor. |
|---|---|

NAME AND ADDRESS                                 DATES SERVICES RENDERED

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| *FRANK A. YOHE* | *2005 - PRESENT* |
| *SMOKER, SMITH & ASSOCIATES* | *2005 - PRESENT* |

None ☒  b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| *DEBTOR* | *3000 CANBY STREET*<br>*HARRISBURG, PA 17103* |

None ☒  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

**20. Inventories**

None ☒  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☒  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND<br>PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| *DAVID R. DODD, II* | *OFFICER/DIRECTOR* | *100% COMMON STOCK* |

Statement of Affairs - Page 8

## 22. Former partners, officers, directors and shareholders

None ☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distribution by a corporation

None ☒    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

## 24. Tax Consolidation Group.

None ☒    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

## 25. Pension Funds.

None ☒    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date __5/20/09__           Signature _____

                              *DAVID R. DODD*         *President*

                              Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____continuation sheets attached

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re   *CAMERON MANAGEMENT, INC., a Corporation*

Case No. *1-09-02684-MDF*
Chapter 7

_____ / Debtor

Attorney for Debtor:   ROBERT E. CHERNICOFF

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in
      connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *5,000.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____ *201.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . $ See Attached Rider

3. $ _____ *299.00* _____ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
      file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
      court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
   services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
   be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
   the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
   law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: 5/20/09

Respectfully submitted,

X_____

Attorney for Petitioner: *ROBERT E. CHERNICOFF*
*CUNNINGHAM & CHERNICOFF, P.C.*
*2320 NORTH SECOND STREET*
*HARRISBURG PA 17110*

*717-238-6570*

Rider to Statement Pursuant to Rule 2016(b)
Cameron Management, Inc.
Chapter 7


Debtor Has Agreed to Pay $5,000.00 and Has Paid $201.00 as a Retainer to Cunningham & Chernicoff, P.C. Any Retainer Will Be Credited Against Billings Rendered for All Services in Connection to the Within Case and Related Matters. All Services Will Be Billed at Cunningham & Chernicoff, P.C.'s Hourly Rate Then in Effect at the Time of Billing. Upon the Retainer Being Utilized in Full, Any Services Not Paid by the Retainer Will Be Billed to the Debtor at Such Hourly Rates. Any Additional Billings Will Be Submitted to the Court on Supplemental Statements as Necessary.